BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00092-GEB-GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $71,205.87 SEIZED FROM WELLS FARGO BUSINESS CHECKING ACCOUNT NUMBER 6938572341, HELD IN THE NAME OF SANSCO, and | |
| APPROXIMATELY $44,374.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Nicholas Jason Street, Nancy Sopeany Pheng Street, Suneet Agarwal and SANSCO, dba El Camino Wellness Center ("claimants"), by and through their respective attorneys, as follows:

1. On or about August 21, 2012, claimants Nicholas Jason Street, SANSCO, and Nancy Sopeany Pheng Street filed claims in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $71,205.87 seized from Wells Fargo Business Checking account number

1 6938572341, held in the name of SANSCO, which was seized on or about June 8, 2012.
2 On or about August 21, 2012, claimants Nicholas Jason Street, SANSCO, and Nancy
3 Sopeany Pheng Street filed claims in the administrative forfeiture proceedings with
4 the Drug Enforcement Administration with respect to the Approximately $44,374.00 in
5 U.S. Currency, which was seized on or about June 11, 2012.  On or about October 11,
6 2012, claimant Suneet Agarwal, on behalf of SANSCO, filed a claim in the
7 administrative forfeiture proceedings with the Internal Revenue Service - Criminal
8 Investigation with respect to the Approximately $71,205.87 seized from Wells Fargo
9 Business Checking account number 6938572341, held in the name of SANSCO, which
10 was seized on or about June 8, 2012 (hereafter the "defendant funds").

11       2.  The Internal Revenue Service - Criminal Investigation and the Drug
12 Enforcement Administration have sent the written notice of intent to forfeit required
13 by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for
14 any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E),
15 and no person other than claimants has filed a claim to the defendant funds as
16 required by law in the administrative forfeiture proceeding.

17       3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
18 complaint for forfeiture against the defendant funds and/or to obtain an indictment
19 alleging that the defendant funds are subject to forfeiture within 90 days after a claim
20 has been filed in the administrative forfeiture proceedings, unless the court extends the
21 deadline for good cause shown or by agreement of the parties.  That deadline is
22 currently November 19, 2012.

23       4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
24 extend to January 9, 2013, the time in which the United States is required to file a
25 civil complaint for forfeiture against the defendant funds and/or to obtain an
26 indictment alleging that the defendant funds are subject to forfeiture.

27       5.  Accordingly, the parties agree that the deadline by which the United States
28 shall be required to file a complaint for forfeiture against the defendant funds

and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to January 9, 2013.

Dated: 11/15/12           BENJAMIN B. WAGNER
                          United States Attorney

                     By: /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

Dated: 11-14-12           /s/ David M. Michael
                          DAVID M. MICHAEL
                          Attorney for claimants Nicholas Jason
                          Street, on behalf of himself and SANSCO,
                          and Nancy Sopeany Pheng Street
                          (Signature retained by attorney)

Dated: 11/14/12           /s/ Mark J. Reichel
                          MARK J. REICHEL
                          Attorney for claimant Suneet Agarwal on
                          behalf of SANSCO
                          (Authorized by email)

**IT IS SO ORDERED.**

Dated:  November 16, 2012

                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge