BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $71,205.87 SEIZED FROM WELLS FARGO BUSINESS CHECKING ACCOUNT NUMBER 6938572341, HELD IN THE NAME OF SANSCO, and<br><br>APPROXIMATELY $44,374.00 IN U.S. CURRENCY,<br><br>            Defendants. | 2:12-MC-00092-GEB-GGH<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

     It is hereby stipulated by and between the United States of America and claimants Nicholas Jason Street, Nancy Sopeany Pheng Street, Suneet Agarwal and  SANSCO, dba El Camino Wellness Center ("claimants"), by and through their respective attorneys, as follows:

     1.    On or about August 21, 2012, claimants Nicholas Jason Street, SANSCO, and Nancy Sopeany Pheng Street filed claims in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $71,205.87 seized from Wells Fargo Business Checking account number 6938572341, held in the name of SANSCO, which was seized on or about June 8, 2012.

1

On or about August 21, 2012, claimants Nicholas Jason Street, SANSCO, and Nancy Sopeany Pheng Street filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $44,374.00 in U.S. Currency, which was seized on or about June 11, 2012.  On or about October 11, 2012, claimant Suneet Agarwal, on behalf of SANSCO, filed a claim in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $71,205.87 seized from Wells Fargo Business Checking account number 6938572341, held in the name of SANSCO, which was seized on or about June 8, 2012 (hereafter the "defendant funds").

2.     The Internal Revenue Service - Criminal Investigation and the Drug Enforcement Administration have sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was November 19, 2012.

4.     By Stipulation and Order filed November 16, 2012, the parties stipulated to extend to January 9, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     By Stipulation and Order filed January 10, 2013, the parties stipulated to extend to February 8, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment

1  alleging that the defendant funds are subject to forfeiture.

2      6.    By Stipulation and Order filed February 11, 2013, the parties stipulated to
3  extend to April 9, 2013, the time in which the United States is required to file a civil
4  complaint for forfeiture against the defendant funds and/or to obtain an indictment
5  alleging that the defendant funds are subject to forfeiture.

6      7.    By Stipulation and Order filed April 15, 2013, the parties stipulated to
7  extend to June 10, 2013, the time in which the United States is required to file a civil
8  complaint for forfeiture against the defendant funds and/or to obtain an indictment
9  alleging that the defendant funds are subject to forfeiture.

10      8.    By Stipulation and Order filed June 11, 2013, the parties stipulated to
11  extend to August 9, 2013, the time in which the United States is required to file a civil
12  complaint for forfeiture against the defendant funds and/or to obtain an indictment
13  alleging that the defendant funds are subject to forfeiture.

14      9.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
15  further extend to October 8, 2013, the time in which the United States is required to file a
16  civil complaint for forfeiture against the defendant funds and/or to obtain an indictment
17  alleging that the defendant funds are subject to forfeiture.

18      10.    Accordingly, the parties agree that the deadline by which the United States
19  shall be required to file a complaint for forfeiture against the defendant funds and/or to

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

3

obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to October 8, 2013.

DATED: 8/8/13					BENJAMIN B. WAGNER
						United States Attorney


					By:	/s/ Kevin C. Khasigian
						KEVIN C. KHASIGIAN
						Assistant U.S. Attorney



DATED: 8/8/13					/s/ David M. Michael
						DAVID M. MICHAEL
						Attorney for claimants Nicholas Jason
						Street, on behalf of himself and SANSCO,
						and Nancy Sopeany Pheng Street


DATED: 8/6/13					/s/ Mark J. Reichel
						MARK J. REICHEL
						Attorney for claimant Suneet Agarwal on
						behalf of SANSCO

						(Signatures authorized by email)


**IT IS SO ORDERED**.

Dated: August 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge